UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**United States of America**                                   Criminal No:05-20186-07
                                                                                    (Also 06-20003)

versus                                                                        **Judge Tucker L. Melançon**

**Jordan Reid Stine**                                              **Magistrate Judge Wilson**

**ORDER**

Before the Court is the defendant's Motion to Issue Subpoenas [Rec. Docs. 260 in Civ. Act. No. 05-20186-7]. Based on the foregoing Motion, and the reasons stated therein, it is

**ORDERED** that the foregoing Motion is GRANTED, and that the requested subpoenas issue and that service be made on the following witnesses to appear and testify at the trial/sentencing of this matter. The U.S. Marshal's Service shall provide the necessary transportation and other expenses in the same manner in which similar costs and fees are paid by the U.S. Marshal's Service in the case of witnesses subpoenaed on behalf of the Government, pursuant to Rule 17 of the Federal Rules of Criminal Procedure.

1). Ginger Green, 6505 Nelson Road Trailer 47, Lake Charles, LA 70605

2.) Megan Gragg, 211 Pete Seay Circle, Hackberry, LA 70645

3). Joseph Wilson, PhD., Keys for Sober Living, 132 West St. Peter St., New Iberia, LA 70560

Thus done and signed in Lafayette, Louisiana, this 7th day of March, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE