RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/20/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-20186-007 |
| --- | --- | --- |
| VERSUS | * | JUDGE MINALDI |
| JORDAN REID STINE | * | MAGISTRATE JUDGE WILSON |

**AND**

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-20003-001 |
| --- | --- | --- |
| VERSUS | * | JUDGE MELANÇON |
| JORDAN REID STINE | * | MAGISTRATE JUDGE WILSON |

## O R D E R

Considering the foregoing Motion Pursuant to 5K1.1 of the United States Sentencing Guidelines and the facts contained therein,

IT IS HEREBY ORDERED that said motion be granted and that a hearing be scheduled for the __21st__ day of __March__, 2007, at __10:00__ a.m. to allow the government and the defendant to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 19th day of March, 2007 at Lafayette, Louisiana.

TUCKER L. MELANÇON
United States District Judge